# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:07CR54

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| JOSE ANTONIO MOROZUMI, JR. ) | |

**THIS MATTER** is before the Court on motion of Defendant's counsel to withdraw.

For the reasons stated in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the motion of Defendant's counsel, R. Edward Hensley, to withdraw is **ALLOWED**, and Mr. Hensley is hereby relieved of further responsibility for the representation of the Defendant herein.

The appointment of appellate counsel is respectfully referred to the Fourth Circuit Court of Appeals.

2

Signed: February 6, 2008

Lacy H. Thornburg
United States District Judge